*George P. Nicholson, Corporation Counsel (Henry W. Mayo* of counsel) for appellant.

*James A. Lynch* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ULTRAMARES CORPORATION, Appellant, *v.* GARLOCK PACK-ING COMPANY, Respondent.

BANK OF LONDON AND SOUTH AMERICA, LIMITED, Respondent, *v.* GARLOCK PACKING COMPANY, Respondent.

FEDERAL INTERNATIONAL BANKING COMPANY et al., Respondents.

*Practice — consolidation of actions.*

*Ultramares Corp.* v. *Garlock Packing Co.*, 215 App. Div. 674, affirmed. (Argued May 25, 1926; decided June 8, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1925, which affirmed an order of Special Term consolidating the two above-entitled actions and bringing in new parties defendant.

*Herbert R. Limburg* and *Henry L. Sherman* for appellant.

*Franklin G. Manley* for respondent.

*Edwin N. Moore* for Federal International Banking Company, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

FIRST NATIONAL BANK OF NEWARK, Respondent, *v.* JEROME W. HAUSS, JR., et al., Appellants.

*Appeal — motion for permission to withdraw appeal granted.*

*First Nat. Bank* v. *Hauss*, 214 App. Div. 689, appeal withdrawn. (Submitted June 3, 1926; decided June 8, 1926.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the